UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDON FERRILL, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:15-cv-00524-TWP-MJD |
| CRANE 1 SERVICES, INC., | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Defendant's Motion to Dismiss Amended Complaint for Failure to State a Claim (Dkt. 17). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Defendant's Motion to Dismiss (Dkt. 17) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's promissory estoppel claim against Defendant is dismissed and Plaintiff's *McClanahan* claim shall proceed.

Date: 8/17/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Ryan Patrick Sink
FOX WILLIAMS & SINK LLC
rsink@fwslegal.com

Blake J. Burgan
TAFT STETTINIUS & HOLLISTER LLP
bburgan@taftlaw.com

Erin Thornton Escoffery
TAFT STETTINIUS & HOLLISTER LLP
eescoffery@taftlaw.com

Victoria L. Nilles
TAFT STETTINIUS & HOLLISTER LLP
vnilles@taftlaw.com

Lowell T. Woods, Jr
TAFT STETTINIUS & HOLLISTER LLP
woods@taftlaw.com